STATE OF CONNECTICUT *v.* SAMUEL DAVIS
(9617)

DALY, FOTI and LAVERY, Js.

Argued October 2—decision released October 22, 1991

*Neal Cone,* assistant public defender, with whom, on the brief, was *G. Douglas Nash,* public defender, for the appellant (defendant).

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Vicky O'Donnell,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.